Dismissed and Memorandum Opinion filed July 13, 2006








Dismissed
and Memorandum Opinion filed July 13, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-01245-CV

____________

 

W.W. PAYTON CORPORATION, Appellant

 

V.

 

SBC SOUTHWESTERN BELL,
Appellee

 



 

On Appeal from County Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 793,660

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 7, 2005.

On June
13, 2006, appellant filed a motion to dismiss the appeal because the case has
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
13, 2006.

Panel consists of Justices Hudson, Fowler, and Seymore.